UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHELLY L. REESE, | ) | CASE NO. 5: 11 CV 1257 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE MCHARGH |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. The Report and Recommendation (ECF #16), submitted on June 5, 2012, is ADOPTED.

Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's (the "Commissioner") decision denying her application for Supplemental Security Income ("SSI") under Title XVI of the Act, 42 U.S.C. § 1381 *et seq*. This matter was referred to Magistrate Judge McHargh for a Report and Recommendation pursuant to Local Rule 72.2(b)(1). The Magistrate Judge recommended that the Court affirm the final decision of the Commissioner as supported by substantial evidence. Plaintiff has filed objections.

The Court has reviewed *de novo* the Report and Recommendation, and the objections thereto. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court finds Magistrate Judge McHargh's Report and Recommendation to be thorough, well-written, well-supported, and correct on all issues addressed therein. The Magistrate's Report and Recommendation fully and correctly addresses all of Plaintiff's claims. Plaintiff's objections are not persuasive. The Court therefore adopts the Magistrate's Report in its entirety. The Commissioner's decision denying Plaintiff's application for SSI is affirmed.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: September 10, 2012